**Billy TYLER, Appellant,**

v.

**Joseph CANIGLIA, Appellee.**

**No. 12–1152.**

United States Court of Appeals, Eighth Circuit.

Submitted: May 7, 2012.

Filed: May 8, 2012.

Billy Tyler, Omaha, NE, pro se.

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Billy Tyler appeals the district court's[1] preservice dismissal of his civil complaint. After careful review, *see Moore v. Sims,* 200 F.3d 1170, 1171 (8th Cir.2000) (per curiam) (standard of review), we conclude that the district court properly dismissed

---

1. The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.

1. The Honorable Laurie Smith Camp, Chief Judge, United States District Court for the District of Nebraska.

the complaint. Accordingly, we affirm. *See* 8th Cir. R. 47B.